Civil Action No. 4:25-cv-06123

# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICIA BAUGH | § | |
| | § | |
| | § | |
| VS. | § | Civil Action No. 4:25-cv-06123 |
| | § | |
| DONEVA GONZALEZ AND | § | |
| HOME DEPOT U.S.A., INC. | § | JURY DEMANDED |

**INDEX OF DOCUMENTS**

**EXHIBIT A:** Index of Documents (filed with Notice of Removal)

**EXHIBIT B:** State Court Action Documents (filed with Notice of Removal) –

| Tab No. | State Court Document | Date Filed |
|---|---|---|
| B-1 | State Court Civil Case Summary | N/A |
| B-2 | Plaintiff's Original Petition | 10/27/2025 |
| B-3 | Citation Issued – Doneva Gonzalez | 10/27/2025 |
| B-4 | Citation Issued – Home Depot | 10/27/2025 |
| B-5 | Service Request | 11/02/2025 |
| B-6 | Return of Service – Doneva Gonzalez | 12/01/2025 |
| B-7 | The Special Exceptions and Original Answer of Defendant Doneva Gonzalez | 12/08/2025 |
| B-8 | Return of Service – Home Depot | 12/12/2025 |
| B-9 | The Special Exceptions and Original Answer of Defendants | 12/17/2025 |

**EXHIBIT C:** List of Parties & Counsel and Civil Cover Sheet (filed with Notice of Removal)